✎AO 440 (Rev. 8/01) Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT

| Southern | District of | California |

FILED

FEB 0 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

**SUMMONS IN A CIVIL ACTION**

V.

GLOBAL MACHINERY COMPANY, an Australian company; GMCA PTY. LTD., an Australian company; TRAPONE CORPORATION PTY LTD., an Australian company; and DOES 1-100,

CASE NUMBER:

'08 CV 233 JAH BLM

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler

Kaler Law Offices

9930 Mesa Rim Rd., Suite 200

San Diego, CA 92121

858-362-3151

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

_____          2/05/08
CLERK                                     DATE

J. HINKLE

_____
(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com