1  THOMAS W. FERRELL, ESQ. (Bar No. 115605)
   tferrell@higgslaw.com
2  CHARLES F. REIDELBACH, JR., ESQ.
   (Bar No. 167482)
3  reidelbach@higgslaw.com
   HIGGS, FLETCHER & MACK LLP
4  401 West "A" Street, Suite 2600
   San Diego, CA  92101-7913
5  TEL:  619.236.1551
   FAX:  619.696.1410
6
   MARK G. KACHIGIAN (OK Bar No. 4852)
7  mkachigian@hjklaw.com
   CASSANDRA L. WILKINSON
8  (OK Bar No. 20368)
   cwilkinson@hjklaw.com
9  HEAD, JOHNSON & KACHIGIAN, P.C.
   228 West 17th Place
10 Tulsa, Oklahoma 74119
   TEL:  918.587.2000
11 FAX:  918.584.1718

12 Attorneys for Defendants
   Global Machinery Company,
13 GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd.

14

15             **UNITED STATES DISTRICT COURT**

16             **SOUTHERN DISTRICT OF CALIFORNIA**

17 JENS ERIK SORENSEN, as Trustee of     | CASE NO. 08 CV 0233
   SORENSEN RESEARCH AND
18 DEVELOPMENT TRUST,                     | **CERTIFICATE OF SERVICE**

19                 Plaintiff,             | DATE:          **
                                          | TIME:          **
20 v.                                     | Courtroom 15, 5th Floor
                                          | Hon. Barry Ted Moskowitz
21 GLOBAL MACHINERY COMPANY, an
   Australian company; GMCA PTY. LTD., an
22 Australian company; TRAPONE
   CORPORATION PTY. LTD., an Australian
23 company; and DOES 1-100,

24                 Defendants.

25         This is to certify that a copy of the foregoing documents

26 **1.        NOTICE OF MOTION AND MOTION FOR STAY PENDING**
   **PATENT REEXAMINATION**
27

28

**2.      MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR STAY PENDING PATENT REEXAMINATION**

**3.      NOTICE OF MOTION AND MOTION FOR EXTENSION OF ANSWER DATE**

were served on counsel for Plaintiff, Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust by CM/ECF:

**Counsel for Plaintiff**

James Michael Kaler                          Melody A. Kramer
9930 Mesa Rim Rd., #200                      9930 Mesa Rim Rd., Ste. 1600
San Diego, CA  92121                         San Diego, CA  92121
Michael@kalerlaw.com,                        mak@kramerlawip.com,
funlawguy@yahoo.com                          esbjork@gmail.com

DATED:  March 17, 2008                       By:   /s/ Thomas W. Ferrell
                                                   Thomas W. Ferrell

850304.1                              2                    Case No. 08 CV 0233