THOMAS W. FERRELL, ESQ. (Bar No. 115605)
tferrell@higgslaw.com
CHARLES F. REIDELBACH, JR., ESQ.
(Bar No. 167482)
reidelbach@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

MARK G. KACHIGIAN (OK Bar No. 4852)
mkachigian@hjklaw.com
CASSANDRA L. WILKINSON
(OK Bar No. 20368)
cwilkinson@hjklaw.com
HEAD, JOHNSON & KACHIGIAN, P.C.
228 West 17th Place
Tulsa, Oklahoma 74119
TEL:  918.587.2000
FAX:  918.584.1718

Attorneys for Defendants
Global Machinery Company,
GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MACHINERY COMPANY, an Australian company; GMCA PTY. LTD., an Australian company; TRAPONE CORPORATION PTY. LTD., an Australian company; and DOES 1-100,<br><br>Defendants. | CASE NO. 08 CV 0233<br><br>**NOTICE OF MOTION AND MOTION FOR EXTENSION OF ANSWER DATE**<br><br>DATE:  April 25, 2008<br>TIME:  11:00 a.m.<br>Courtroom 15, 5th Floor<br>Hon. Barry Ted Moskowitz<br><br>No Oral Argument Unless Requested by the Court |

   Defendants Global Machinery Company, GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd. ("Defendants") hereby move the Court to extend their answer date until twenty (20) days after Defendants' Motion for Stay Pending Patent Reexamination is ruled upon if such Motion is denied, or twenty (20) days after the stay is lifted if such Motion is granted.  In support of their

850262.1                                                                                            Case No. 08 CV 0233

Motion, Defendants state as follows:

1. Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") filed the present action against Defendants on February 5, 2008, alleging infringement of the '184 patent.

2. The '184 patent is currently the subject of two reexamination proceedings before the USPTO: reexamination application number 90/008,976 and reexamination application number 90/008,775.

3. The reexamination prosecution will likely result in a simplification of the issues to be considered by this Court.

4. Defendants were served on February 27, 2008. Therefore, Defendants' Answer is currently due March 18, 2008.

5. Defendants are filing a Motion for Stay Pending Patent Reexamination concurrently herewith.

6. Should the Motion for Stay be granted, the reexamination may result in a substantial alteration of the issues to be considered in this case. Therefore, Defendants will be in a better position to fully answer the Complaint at that time. In the interim, because of the stay, Plaintiff will not be prejudiced by an extension of the answer date. If the Motion for Stay is not granted, Defendants will answer within twenty (20) days. This delay is not significant, but rather extends the current answer date only long enough to allow this Court to consider the Motion for Stay and to allow the Defendants sufficient time to answer the Complaint. Therefore, Plaintiff will not be prejudiced by the extension. The risk of this insignificant delay should the Motion for Stay be denied is more than outweighed by the benefits of extending the answer date until after the stay is lifted should the Motion for Stay be granted.

7. Good cause exists for granting this Motion and an extension of the answer date will unduly prejudice no party.

For the reasons explained above, Defendants respectfully request that the Court extend Defendants' answer date until twenty (20) days after Defendants' Motion for Stay Pending Patent Reexamination is ruled upon if such Motion is denied, or twenty (20) days after the stay is lifted

1  if such Motion is granted.

2

3  DATED: March 18, 2008                HIGGS, FLETCHER & MACK LLP

4

5                                       By: */s/ Thomas W. Ferrell*
                                            THOMAS W. FERRELL, ESQ.
6                                           CHARLES F. REIDELBACH, JR., ESQ.
                                            Attorneys for Defendants
7                                           Global Machinery Company,
                                            GMCA Pty. Ltd., and Trapone Corporation
8                                           Pty. Ltd.

9  DATED: March _____, 2008             HEAD, JOHNSON & KACHIGIAN, P.C.

10

11                                       By:_____
                                            MARK G. KACHIGIAN
12                                          Attorneys for Defendants
                                            Global Machinery Company,
13                                          GMCA Pty. Ltd., and Trapone Corporation
                                            Pty. Ltd.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28