THOMAS W. FERRELL, ESQ. (Bar No. 115605)
tferrell@higgslaw.com
CHARLES F. REIDELBACH, JR., ESQ.
(Bar No. 167482)
reidelbach@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

MARK G. KACHIGIAN (OK Bar No. 4852)
mkachigian@hjklaw.com
CASSANDRA L. WILKINSON
(OK Bar No. 20368)
cwilkinson@hjklaw.com
HEAD, JOHNSON & KACHIGIAN, P.C.
228 West 17th Place
Tulsa, Oklahoma 74119
TEL:  918.587.2000
FAX:  918.584.1718

Attorneys for Defendants
Global Machinery Company,
GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MACHINERY COMPANY, an Australian company; GMCA PTY. LTD., an Australian company; TRAPONE CORPORATION PTY. LTD., an Australian company; and DOES 1-100,<br><br>Defendants. | CASE NO. 08 CV 0233<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:  April 25, 2008<br>TIME:   11:00 a.m.<br>Courtroom 15, 5th Floor<br>Hon. Barry Ted Moskowitz |

This is to certify that a copy of the foregoing documents

**1.      NOTICE OF MOTION AND MOTION FOR STAY PENDING PATENT REEXAMINATION**

**2.      MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR STAY PENDING PATENT REEXAMINATION**

3.  **NOTICE OF MOTION AND MOTION FOR EXTENSION OF ANSWER DATE**

were served on counsel for Plaintiff, Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust by CM/ECF:

**Counsel for Plaintiff**

| | |
|---|---|
| James Michael Kaler<br>9930 Mesa Rim Rd., #200<br>San Diego, CA 92121<br>Michael@kalerlaw.com,<br>funlawguy@yahoo.com | Melody A. Kramer<br>9930 Mesa Rim Rd., Ste. 1600<br>San Diego, CA 92121<br>mak@kramerlawip.com,<br>esbjork@gmail.com |
| DATED: March 18, 2008 | By: */s/ Thomas W. Ferrell*<br>Thomas W. Ferrell |