1  J. MICHAEL KALER, SBN 158296
2  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
3  San Diego, California 92121
4  Telephone (858) 362-3151
   michael@kalerlaw.com
5
6  MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE, INC.
7  9930 Mesa Rim Road, Suite 1600
8  San Diego, California 92121
   Telephone (858) 362-3150
9  mak@kramerlawip.com
10
11 Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
12 DEVELOPMENT TRUST
13
14
15                    UNITED STATES DISTRICT COURT
16                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
17
18 JENS ERIK SORENSEN, as Trustee of  ) Case No. 08 cv 233 BTM CAB
   SORENSEN RESEARCH AND              )
19 DEVELOPMENT TRUST,                  ) **PLAINTIFF'S REQUEST FOR ORAL**
                                       ) **ARGUMENTS ON MOTION TO MODIFY**
20              Plaintiff              ) **PATENT LOCAL RULES SCHEDULE TO**
                                       ) **ACCELERATE IDENTIFICATION OF**
21     v.                              ) **CLAIMED INVALIDATING PRIOR ART**
                                       )
22 GLOBAL MACHINERY COMPANY,           ) Date:  May 23, 2008
23 an Australian company; GMCA PTY.    ) Time: 11:00 a.m.
   LTD., an Australian company;        ) Hon. Barry T. Moskowitz
24 TRAPONE CORPORATION PTY.            )
25 LTD., an Australian company; and DOES )
   1 – 100,                            )
26                                     )
27              Defendants.            )
                                       )
28

1  PLAINTIFF Jens Erik Sorensen, as trustee of Sorensen Research &
2  Development Trust, hereby requests that the Court hear oral argument on Plaintiff's
3  Motion to Modify Patent Local Rules Schedule to Accelerate Identification of
4  Claimed Invalidating Prior Art (Docket # 15).

5  Oral arguments are requested because the relief sought is novel, but highly
6  important to judicial efficiency of this case, and the related '184 patent cases.

8  DATED this Friday, March 28, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer
J. Michael Kaler, Esq.
Melody A. Kramer, Esq.
Attorney for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Friday, March 28, 2008, I served the following documents:

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON MOTION TO MODIFY PATENT LOCAL RULES SCHEDULE TO ACCELERATE IDENTIFICATION OF CLAIMED INVALIDATING PRIOR ART**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| THOMAS W. FERRELL, ESQ.<br>tferrell@higgslaw.com<br>HIGGS, FLETCHER & MACK LLP<br>401 West "A" Street, Suite 2600<br>San Diego, CA 92101-7913 | Global Machinery Company; GMCA Pty. Ltd; Trapone Corporation Pty Ltd. | Email - Pleadings Filed with the Court via ECF |
| MARK G. KACHIGIAN<br>mkachigian@hjklaw.com<br>CASSANDRA L. WILKINSON<br>cwilkinson@hjklaw.com<br>HEAD, JOHNSON & KACHIGIAN, P.C.<br>228 West 17th Place<br>Tulsa, Oklahoma 74119 | Global Machinery Company; GMCA Pty. Ltd; Trapone Corporation Pty Ltd. | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐

3.

Case No. 08cv233 BTM CAB

1  (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

2

3  [X] (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

4

5  [ ] (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

6

7  I declare that the foregoing is true and correct, and that this declaration was executed on

8  Friday, March 28, 2008, in San Diego, California.

9

10                                                      /s./ Melody A. Kramer
                                                        ———————————————
11                                                      Melody A. Kramer

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08cv233 BTM CAB

4.