≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

**SUMMONS IN A CIVIL ACTION**

V.

GLOBAL MACHINERY COMPANY, an Australian company; GMCA PTY. LTD., an Australian company; TRAPONE CORPORATION PTY LTD., an Australian company; and DOES 1-100.

CASE NUMBER:

'08 CV 233 JAH BLM

TO: (Name and address of Defendant)

GMC Pty Ltd
Peter Hosking, President
16 Scammel St.
Campbellfield, VIC 3061

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                    2/05/08
_____         _____
CLERK                                 DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE February 22, 2008 |
| NAME OF SERVER *(PRINT)* Melody A. Kramer | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed via International Registered Mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL $0.00 | SERVICES $17.70 | TOTAL $17.70 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 3, 2008
Date

Signature of Server

9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST,

**SUMMONS IN A CIVIL ACTION**

V.

GLOBAL MACHINERY COMPANY, an Australian company;
GMCA PTY. LTD., an Australian company; TRAPONE
CORPORATION PTY LTD., an Australian company;
and DOES 1-100,

CASE NUMBER:

'08 CV 233 JAH BLM

TO: (Name and address of Defendant)

Global Machinery Company
Peter Hosking, President
45-55 South Centre Road
Melbourne Airport, Vic 3043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler

Kaler Law Offices

9930 Mesa Rim Rd., Suite 200

San Diego, CA 92121

858-362-3151

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                  2/05/08

CLERK                                                    DATE

J. HI[illegible]

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 22, 2008 |
| NAME OF SERVER *(PRINT)* Melody A. Kramer | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Mailed via International Registered Mail.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $ 0.00 | SERVICES $ 17.70 | TOTAL $ 17.70 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 3, 2008
           Date             Signature of Server

9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
Address of Server



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST,

**SUMMONS IN A CIVIL ACTION**

V.

GLOBAL MACHINERY COMPANY, an Australian company;
GMCA PTY. LTD., an Australian company; TRAPONE
CORPORATION PTY LTD., an Australian company;
and DOES 1-100,

CASE NUMBER:

'08 CV 233 JAH BLM

TO: (Name and address of Defendant)

Trapone Corp Pty Ltd
Peter Hosking
16 Scammel St.
Campbellfield, VIC 3061

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                              2/05/08

CLERK                                                DATE

J. HI[illegible]

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 22, 2008 |
| NAME OF SERVER *(PRINT)* Melody A. Kramer | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed via International Certified Mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL $0.00 | SERVICES $17.70 | TOTAL $17.70 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees ~~is true~~ and correct.

Executed on  April 3, 2008
                    Date                                Signature of Server

9030 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com