| | |
|---|---|
| J. MICHAEL KALER, SBN 158296<br>KALER LAW OFFICES<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>Telephone (858) 362-3151<br>michael@kalerlaw.com<br><br>MELODY A. KRAMER, SBN 169984<br>KRAMER LAW OFFICE, INC.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, California 92121<br>Telephone (858) 362-3150<br>mak@kramerlawip.com<br><br>Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST | Thomas W. Ferrell<br>tferrell@higgslaw.com<br>Charles F. Reidelbach, Jr.<br>reidelbach@higgslaw.com<br>HIGGS FLETCHER & MACK, LLP<br>401 West A Street<br>Suite 2600<br>San Diego, California  92101<br>Telephone:    (619) 236-1551<br>Facsimile:    (619) 696-1410<br><br>Mark G. Kachigian<br>mkachigian@hjklaw.com<br>Cassandra L. Wilkinson<br>cwilkinson@hjklaw.com<br>HEAD, JOHNSON & KACHIGIAN, P.C.<br>228 West 17th Place<br>Tulsa, Oklahoma  74119<br>Telephone:    (918) 587-2000<br>Facsimile:    (918) 584-1718<br><br>Counsel for Defendants Global Machinery Company, GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd. |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**GLOBAL MACHINERY COMPANY, an Australian company; GMCA PTY. LTD., an Australian company; TRAPONE CORPORATION PTY. LTD., an Australian company; and DOES 1-100,**<br><br>            **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 08 CV 0233**<br><br>**STIPULATED WITHDRAWAL OF REQUEST FOR ENTRY OF DEFAULT AND OF MOTION FOR EXTENSION OF ANSWER DATE** |

1  Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") and Defendants Global Machinery Company, GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd. ("Defendants") hereby stipulate to the withdrawal of Plaintiff's Request for Entry of Default Pursuant to Fed.R.Civ.P. Rule 55(a) Against All Defendants, filed April 3, 2008 (Docket # 18), and of Defendants' Notice of Motion and Motion for Extension of Answer Date, filed March 18, 2008 (Docket #s 7 and 10).  Plaintiff and Defendants further stipulate that Defendants will file an Answer by April 11, 2008.

Date:  April 8, 2008

Respectfully submitted,

  /s/ Michael Kaler                                        /s/Cassandra L. Wilkinson
————————————————             ————————————————

| | |
|---|---|
| J. MICHAEL KALER, SBN 158296 | Thomas W. Ferrell |
| KALER LAW OFFICES | tferrell@higgslaw.com |
| 9930 Mesa Rim Road, Suite 200 | Charles F. Reidelbach, Jr. |
| San Diego, California 92121 | reidelbach@higgslaw.com |
| Telephone (858) 362-3151 | HIGGS FLETCHER & MACK, LLP |
| michael@kalerlaw.com | 401 West A Street |
| | Suite 2600 |
| MELODY A. KRAMER, SBN 169984 | San Diego, California  92101 |
| KRAMER LAW OFFICE, INC. | Telephone:     (619) 236-1551 |
| 9930 Mesa Rim Road, Suite 1600 | Facsimile:     (619) 696-1410 |
| San Diego, California 92121 | |
| Telephone (858) 362-3150 | Mark G. Kachigian |
| mak@kramerlawip.com | mkachigian@hjklaw.com |
| | Cassandra L. Wilkinson |
| Attorneys for Plaintiff JENS ERIK | cwilkinson@hjklaw.com |
| SORENSEN, as Trustee of SORENSEN | HEAD, JOHNSON & KACHIGIAN, P.C. |
| RESEARCH AND DEVELOPMENT TRUST | 228 West 17th Place |
| | Tulsa, Oklahoma  74119 |
| | Telephone:     (918) 587-2000 |
| | Facsimile:     (918) 584-1718 |
| | |
| | Counsel for Defendants Global Machinery Company, GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd. |