1  J. MICHAEL KALER, SBN 158296
2  9930 Mesa Rim Road, Suite 200
3  San Diego, California 92121
   Telephone (858) 362-3151
4
5  MELODY A. KRAMER, SBN 169984
6  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
7  Telephone (858) 362-3150

8  Attorneys for Plaintiff JENS ERIK SORENSEN,
9  as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MACHINERY COMPANY, an Australian company; GMCA PTY. LTD., an Australian company; TRAPONE CORPORATION PTY. LTD., an Australian company; and DOES 1 – 100,<br><br>Defendants. | Case No. 08 CV 233 BTM CAB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>Date:  April 25, 2008<br>Time:  11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*NO ORAL ARGUMENT*<br>*UNLESS REQUESTED BY THE COURT* |

PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("SRDT") respectfully requests the Court to take judicial notice of the following documents in support of Plaintiff's Opposition to Defendant's Motion to Stay:

1. *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit B; and

2. *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.

Courtesy copies are attached hereto.

DATED this Thursday, April 10, 2008.

          JENS ERIK SORENSEN, as Trustee of
          SORENSEN RESEARCH AND DEVELOPMENT
          TRUST, Plaintiff

          /s/ J. Michael Kaler
          _____
          J. Michael Kaler, Esq.
          Attorney for Plaintiff