# Exhibit 1



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - December 31, 2007

1. Total requests filed since start of ex parte reexam on 07/01/81 .................. 9060[1]

   a. By patent owner                    3495    39%
   b. By other member of public          5400    59%
   c. By order of Commissioner            165     2%

2. Number of filings by discipline

   a. Chemical Operation                 2703    30%
   b. Electrical Operation               3023    33%
   c. Mechanical Operation               3334    37%

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 165 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ................................ 2398    26%

5. Determinations on requests ..................................... 8714

   a. No. granted ............................................. 7998 .......... 92%

      (1) By examiner                               7885
      (2) By Director (on petition)                  113

   b. No. denied .............................................. 716 .......... 8%

      (1) By examiner                                681
      (2) Order vacated                               35

---

[1]Of the requests received in FY 2008, 23 requests have not yet been accorded a filing date, and preprocessing of 3 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director) .................. 794

    a. Patent owner requester                 439     55%
    b. Third party requester                 355     45%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency                      24.0 (mos.)
    b. Median pendency                        18.6 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 12% | 26% |
| b. All claims cancelled | 7% | 12% | 21% | 10% |
| c. Claims changes | 70% | 59% | 67% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) .................. 6066

    a. Certificates with all claims confirmed           1556    26%
    b. Certificates with all claims canceled            636    10%
    c. Certificates with claims changes              3874    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates - PATENT OWNER REQUESTER .......................... 2607

        (1) All claims confirmed                592    23%
        (2) All claims canceled                 194     7%
        (3) Claim changes                    1821    70%

    b. Certificates - 3rd PARTY REQUESTER ............................. 3313

        (1) All claims confirmed                946    29%
        (2) All claims canceled                 413    12%
        (3) Claim changes                    1954    59%

    c. Certificates - COMM'R INITIATED REEXAM ........................ 146

        (1) All claims confirmed                  18    12%
        (2) All claims canceled                   30    21%
        (3) Claim changes                      98    67%

C:\Documents and Settings\LKryza\My Documents\zkryza\Reexam Reports\REXSTATz xp Dec2007.wpd