1  Mark G. Kachigian
   Cassandra L. Wilkinson
2  HEAD, JOHNSON & KACHIGIAN, P.C.
   288 West 17th Place
3  Tulsa, Oklahoma 74119
   Telephone No.: 918.587.2000
4  Fax No.: 918.584.1718
   mkachigian@hjklaw.com
5  cwilkinson@hjklaw.com

6

7  Callie A. Bjurstrom, State Bar No. 137816
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
8  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
9  Fax No.: 619.232.8311
   cbjurstrom@luce.com
10
   Attorneys for Defendants Global Machinery Company,
11 GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd.

12                    UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND<br>16  DEVELOPMENT TRUST,<br>17       Plaintiff,<br>18  v.<br>19  GLOBAL MACHINERY COMPANY, an Australian company; GMCA PTY. LTD., an<br>20  Australian company; TRAPONE CORPORATION PTY. LTD., an Australian<br>21  company; and DOES 1-100,<br>22       Defendants. | Case No. 08CV0233 BTM CAB<br><br>**NOTICE OF APPEARANCE**<br><br><br>Judge:  Hon. Barry Ted Moskowitz<br>Crtrm.   15<br><br>Complaint Filed: February 5, 2008 |

23

24       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

25  ///

26  ///

27  ///

28  ///

                                    1                Case No. 3:08-CV-00233-BTM-CAB

1   PLEASE TAKE NOTICE that Defendants Global Machinery Company, GMCA Pty. Ltd., and
2   Trapone Corporation Pty. Ltd. will be represented by Callie A. Bjurstrom, Esq. of the law firm of
3   Luce, Forward, Hamilton & Scripps LLP in this action.  Please add the following to all proofs of
4   service in this matter:

5   Callie A. Bjurstrom, State Bar No. 137816
    Email: cbjurstrom@luce.com
6   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    600 West Broadway, Suite 2600
7   San Diego, California 92101-3372

8

9   DATED: April 17, 2008                    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

10

11                                           By:  /s Callie A. Bjurstrom
                                                  Callie A. Bjurstrom
12                                                Attorneys for Defendants Global Machinery Company,
                                                  GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd.
13

14  101087990.1