| | |
|---|---|
| 1 | Mark G. Kachigian |
| | Cassandra L. Wilkinson |
| 2 | HEAD, JOHNSON & KACHIGIAN, P.C. |
| | 288 West 17th Place |
| 3 | Tulsa, Oklahoma 74119 |
| | Telephone No.: 918.587.2000 |
| 4 | Fax No.: 918.584.1718 |
| | mkachigian@hjklaw.com |
| 5 | cwilkinson@hjklaw.com |
| 6 | |
| | Callie A. Bjurstrom, State Bar No. 137816 |
| 7 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | 600 West Broadway, Suite 2600 |
| 8 | San Diego, California 92101-3372 |
| | Telephone No.: 619.236.1414 |
| 9 | Fax No.: 619.232.8311 |
| | cbjurstrom@luce.com |
| 10 | |
| | Attorneys for Defendants Global Machinery Company, |
| 11 | GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No. 08CV0233 BTM CAB |
| | **PROOF OF SERVICE** |
| Plaintiff, | Judge: Hon. Barry Ted Moskowitz |
| v. | Crtrm. 15 |
| GLOBAL MACHINERY COMPANY, an Australian company; GMCA PTY. LTD., an Australian company; TRAPONE CORPORATION PTY. LTD., an Australian company; and DOES 1-100, | Complaint Filed: February 5, 2008 |
| Defendants. | |

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

/ / /

1

Case No. D:08-CV-00233-BTM-CAB

1  On April 17, 2008, I caused the following to be served:

2  **1.  NOTICE OF APPEARANCE**

3  <u>Electronic Mail Notice List</u>

4  The following are those who are currently on the list to receive e-mail notices for this case.

5  J. Michael Kaler, michael@kalerlaw.com

6  Melody A. Kramer, mak@kramerlawip.com

7  Mark G. Kachigian, mkachigian@hjklaw.com

8  Cassandra L. Wilkinson, cwilkinson@hjklaw.com

9  Thomas W. Ferrell, tferrell@higgs.law.com

10

11  <u>Manual Notice List</u>

12  The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

13  (No manual notice recipients.)

14  I declare that I am employed in the office at whose direction the service was made.

15  Executed at San Diego, California on April 17, 2008.

16  DATED: April 17, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

17

18

19              By:  <u>s/Callie A. Bjurstrom</u>
                    Callie A. Bjurstrom
20                  Attorneys for Defendants Global Machinery Company,
                    GMCA Pty. Ltd., and Trapone Corporation Pty. Ltd.
21

22  101087996.1

23

24

25

26

27

28