J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>GLOBAL MACHINERY COMPANY, an Australian company; GMCA PTY. LTD., an Australian company; TRAPONE CORPORATION PTY. LTD., an Australian company; and DOES 1 – 100,<br><br>　　　　　Defendants. | Case No. 08 cv 233 BTM CAB<br><br>**JOINT STIPULATION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE** |

Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust, and Defendants Global Machinery Company, GMCA PTY. LTD., Trapone Corporation PTY. LTD by and through their respective counsel, hereby stipulate to an exception to stay for preservation of evidence by defendant on consistent terms with the ruling of this Court on August 20, 2008 in related cases[1] on motions for exception to stay to preserve evidence as follows:

1. All prototype and production molds used in the production of the accused products within the custody and control of the Defendants will be preserved.

2. All design and technical documents for the accused product within the control and custody of the Defendants will be preserved.

3. Plaintiff will propound (and Defendants will answer) one (1) interrogatory on the Defendants that asks for the identification of the company names and addresses of nonparty manufacturers, suppliers, and importers who have prototype, production, design, technical documents or evidence regarding the accused products.

4. Plaintiff understands that Defendants may not have actual control to govern the actions of nonparty manufacturers, suppliers, and importers identified pursuant to the interrogatory authorized by paragraph 3 above.

5. The parties agree to abide by and be bound by the terms of this Stipulation upon signature by their attorneys.

The parties have authorized electronic signatures for purposes of this Stipulation.

IT IS SO STIPULATED.

//

---

[1] *Sorensen v. CTT Tools*, Case No. 08cv231; *Sorensen v. Emerson Electric*, Case No. 08cv00060; *Sorensen v. Esseplast*, Case No. 07cv2277; *Sorensen v. Logitech*, Case No. 08cv308; *Sorensen v. Ryobi*, Case No. 08cv00070; *Sorensen v. Senco*, Case No. 08cv00071.

DATED this Monday, September 15, 2008.

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer
_____
J. Michael Kaler, Esq.
Melody A. Kramer, Esq.
Attorneys for Plaintiff

GLOBAL MACHINERY COMPANY, GMCA PTY. LTD., TRAPONE CORPORATION PTY. LTD, Defendants

/s/ Cassandra L. Wilkinson
_____
Cassandra L. Wilkinson, Esq.
Mark G. Kachigian, Esq.
Callie Bjurstrom, Esq.
Attorneys for Defendants